

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:13cr **43** |
| | ) | |
| v. | ) | 33 U.S.C. §§ 1311(a) and 1319(c)(2)(A) |
| | ) | Knowing Discharge of a Pollutant in |
| OMEGA PROTEIN, INC., | ) | Violation of Clean Water Act |
| | ) | (Count 1) |
| Defendant. | ) | |
| | ) | 33 U.S.C. §§ 1321(b)(3) and 1319(c)(2)(A) |
| | ) | Knowing Discharge of Oil in |
| | ) | Violation of the Clean Water Act |
| | ) | (Count 2) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
(Clean Water Act Violations)

From in or about May 2008, through in or about December 2010, on numerous separate and discrete occasions, in the Eastern District of Virginia, the defendant, OMEGA PROTEIN, INC., knowingly discharged and caused the discharge of pollutants, that is water containing pollutants, from a point source, that is the F/V GULF ISLAND, the G.P. KIMBERLY and certain fishing fleet vessels into waters of the United States, without a permit, resulting in pecuniary gain to the defendant, OMEGA PROTEIN.

(In violation of Title 33, United States Code, Sections 1311(a) and 1319(c)(2)(A).)

## COUNT TWO
### (Clean Water Act Violations)

From in or about April 2009, through in or about September 2010, on numerous separate and discrete occasions, in the Eastern District of Virginia, the defendant, OMEGA PROTEIN, INC., knowingly discharged and caused the discharge of a harmful quantity of oil from certain fishing vessels into waters of the United States, resulting in pecuniary gain to the defendant, OMEGA PROTEIN.

(In violation of Title 33, United States Code, Sections 1321(b)(3) and 1319(c)(2)(A).)

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: _____
Joseph L. Kosky
Olivia L. Norman
Assistant United States Attorneys